425 A.2d 831

Commonwealth v. Kennedy, Appellant.

646

Submitted June 29, 1979. Robert T. Gownley, Jr., Assistant Public Defender, for appellant; Ernest D. Preate, Jr., District Attorney, for Commonwealth, appellee.

Before SPAETH, STRANAHAN and SUGERMAN, JJ.**

The order of the lower court is hereby affirmed.